# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY, AS SUBROGEE OF DG RANCH, LTD. AND DONALD & CARMINE GODWIN,<br><br>*Plaintiff,*<br><br>vs.<br><br>BOSCH THERMOTECHNOLOGY CORP.,<br><br>*Defendant.* | Civil Action No. 4:21-CV-00891-ALM |

## ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE

Upon the parties' Joint Stipulation for Dismissal with Prejudice, and for good cause shown:

**IT IS HEREBY ORDERED** that:

a. All claims against all parties in this action are DISMISSED WITH PREJUDICE;

b. The parties shall each bear their own attorney's fees and costs; and

c. All relief not previously granted is hereby denied, and the Clerk of the Court is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 9th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE